## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Finito Services, LLC,**

        Plaintiff(s),

        vs.

**David Heise and Roxanne Heise,**

        Defendant(s),

_____/

ss.

**County of King**

No. **C11–775 RSM**

**DECLARATION OF SERVICE**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **16th** day of **May, 2011 @ 07:05 PM**, at the address of **1951 Lakeshore Drive , Manson,** within **CHELAN** County, **WA**, the undersigned duly served the following document(s): **Summons in a Civil Action; Civil Cover Sheet; Complaint For Copyright Infringement; Report On The Filing or Determination Of An Action or Appeal Regarding a Copyright** in the above entitled action upon **David Heise**, by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with **David Heise**.
**Desc: Sex: Male – Age: 55 – Skin: White – Hair: Gray – Height: 6'2" – Weight: Slender.**

   **I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Date: 5-18-11

| | |
|---|---|
| Service Fee: | $ 15.00 |
| Return Fee: | $ 15.00 |
| Mileage Fee: | $ |
| Misc. Fee: | $ |
| Total Fee: | $ 30.00 |

**R. Bennett**
Registered Process Server
License #: **9402780**
Seattle Legal Messenger Services, LLC
711 6th Avenue N #100
Seattle, WA 98109
206.443.0885